**Opinion issued July 2, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-24-00173-CV**

———————————

**ROBERT P. PADULA, Appellant**

**V.**

**BRANDON DAVIS AND SWAN ENERGY, INC., Appellees**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-40525**

---

## MEMORANDUM OPINION

Appellant, Robert P. Padula, has filed an unopposed motion for voluntary dismissal of this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.